```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MARTIN JOHN STEVENS,                                             :
                                                                 :
                          Plaintiff,                             :
                                                                 :        20-CV-8181 (JPC)
            -v-                                                  :
                                                                 :           ORDER
ALAN J. HANKE et al.,                                            :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2020

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of a motion to dismiss from Defendant Amy Roy-Haeger, who is proceeding *pro se* in this matter, dated November 23, 2020. (Dkt. 40.) This motion is substantially similar to her motion to dismiss in a related case, *Thani A.T. Al Thani v. Hanke et al.*, 20-cv-04765 (the "Related Case"). To note, during a conference regarding the Related Case on November 19, 2020, the Court gave Defendant Roy-Haeger leave to file additional motion papers should she wish to supplement her initial filing, but she has not yet done so.

In order to avoid unnecessary expenditure of the Court's and the parties' resources, the Court recently granted Defendants Alan J. Hanke and IOLO Global LLC's request to extend the date by which they must respond to the Complaint until fourteen days after entry of the Court's decision(s) on the motion to dismiss that Defendants Hanke and IOLO filed in the Related Case. (Dkt. 34.) In light of the briefing schedule on that response, as well as the duplicative arguments made in both of Defendant Roy-Haeger's motions, is hereby ORDERED that by December 11, 2020, both Plaintiff and Defendant Roy-Haeger shall each file a letter stating whether or not they consent to a stay of the briefing schedule for Defendant Roy-Haeger's motion to dismiss until the

Court's resolution of her motion to dismiss in the Related Case. Following receipt of these letters, the Court will determine an appropriate briefing schedule for Defendant Roy-Haeger's motion to dismiss, if necessary.

SO ORDERED.

Dated: December 4, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge