UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN JOHN STEVENS,

                Plaintiff,

-against-

ALAN J. HANKE, IOLO GLOBAL LLC, GUARANTEE INVESTMENT TRUST, SHERRY SIMS, SIDNEY MILLS ROGERS III, AMY ROY-HAEGER and JOHN DOES 1-100

                Defendants.

**ORDER**

20-CV-8181 (JPC)

    **WHEREAS** on December 11, 2020, Defendant Sidney Rogers Mills III ("Rogers") moved in the related action, *Al Thani v. Hanke*, No. 20 Civ. 04765 (JPC) (the "Related Action"), to stay discovery as to Rogers only pending the Court's resolution of Rogers's motion to dismiss filed on December 11, 2020 in that Action;

    **WHEREAS** by Order dated December 11, 2020, the Court stayed Defendants' time to answer in the above-captioned matter ("this Action") until fourteen days after the date of entry of the Court's decision on, *inter alia*, Rogers's motion to dismiss in the Related Action;

    **WHEREAS** by letter dated December 15, 2020 (ECF No. 54), Rogers requested leave to move to stay discovery in this Action as to him only;

    **WHEREAS** by Order dated December 18, 2020 (ECF No. 55), the Court granted Rogers leave to serve the aforementioned motion to stay, but only as soon as, and no later than fourteen days after, the Court rendered its decision on the motion to stay in the Related Action;

    **WHEREAS** by Order dated January 4, 2021, the Court granted in part Rogers's motion to stay filed in the Related Action to the extent of staying discovery as to Rogers, except that plaintiff in the Related Action may engage in limited discovery regarding the location of the funds at issue

in that Action;

**WHEREAS** Rogers has shown good cause for a stay of discovery as to him only in this Action for the reasons stated in the Court's January 4, 2021 Order in the Related Action and for the reasons discussed at the January 6, 2021 Initial Pretrial Conference in this Action;

**IT IS HEREBY ORDERED** that discovery is stayed in this Action as to Rogers only, except that Plaintiff in this Action may engage in limited discovery regarding the location of the funds at issue in this Action; and

**IT IS FURTHER ORDERED** that within seven days of the Court's resolution of Rogers's motion to dismiss in the Related Action, Rogers shall file a letter addressing whether he seeks a continuation of the stay in this Action.

Dated: New York, New York
January 6, 2021

_____
JOHN P. CRONAN
United States District Judge