```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MARTIN JOHN STEVENS,                                              :
                                                                  :
                        Plaintiff,                                :
                                                                  :     20-CV-8181 (JPC)
            -v-                                                   :
                                                                  :         ORDER
ALAN J. HANKE et al.,                                             :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 4, 2021, Plaintiff Martin John Stevens filed a pre-motion letter in anticipation of his forthcoming motion to consolidate this case with *Al Thani v. Hanke et al.*, 20-cv-4765 (the "Related Case"). Dkt. 68. On May 7, 2021, Defendant Sidney Mills Rogers III filed a letter opposing the request, Dkt. 69, and Defendants Alan J. Hanke and IOLO Global LLC (the "Hanke Defendants") filed a letter requesting additional time to respond to Steven's pre-motion letter, Dkt. 70. In addition, the plaintiff in the Related Case, Mohammed Thani A.T. Al Thani, filed a letter in support of the motion to consolidate in that action. Related Case, Dkt. 186.

In light of the Court's decision on the pending motions to dismiss in the Related Case, filed today, *see* Related Case, Dkt. 188, the parties are instructed to meet and confer and file a letter by May 17, 2021, explaining whether Plaintiffs Stevens and Al Thani still wish to move to consolidate the actions at this time, and, if so, proposing a briefing schedule. The Hanke Defendants' request for additional time to respond to the pre-motion letter is denied, as the Hanke Defendants may make any additional arguments in opposition to the motion to consolidate.

The Clerk of the Court is respectfully directed to terminate the motions pending at Docket

Number 68.

    SO ORDERED.

Dated: May 11, 2021
       New York, New York

                                            JOHN P. CRONAN
                                         United States District Judge