# BROOKS, BERNE & HERNDON PLLC

THOMAS H. HERNDON, JR.
THOMAS.HERNDON@LAWBBH.COM
MAIN TELEPHONE NO.: (914) 364-2691

June 10, 2021

VIA ECF
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re:     *Martin John Stevens v. Alan J. Hanke, et al.* (1:20-cv-08181)(JPC)

Dear Judge Cronan:

We represent defendants, Alan J. Hanke ("Hanke") and IOLO Global LLC ("IOLO") in the above matter.

We submit this letter to notify the Court that we are in receipt of the Chapter 7 Bankruptcy petition filed by Hanke with the United States Bankruptcy Court, Northern District of Illinois (Case No.: 21-80763) on June 9, 2021.  Accordingly, this matter should now be stayed with respect to Hanke.

Yours very truly,

*/s/ Thomas H. Herndon, Jr.*

Thomas H. Herndon, Jr., Esq.

To:

All parties via ECF