**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

MARTIN JOHN STEVENS,

Plaintiff,                          20 **CIVIL** 8181 (JPC)

-v-                                              **JUDGMENT**

ALAN J. HANKE, *et al*.,

Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 14, 2026, the Court enters judgment for Stevens against

GIT for $1 million plus prejudgment at a rate of nine percent beginning on February 14, 2021,

which is 180 days after August 18, 2020 amounting to $465,287.67 in total interest. This

judgment is without prejudice to GIT making any arguments that its liability should be offset by

any payments made to Stevens by Hanke or IOLO. The Court herein makes no determination as

to whether such an offset would be appropriate. With respect to both IOLO and GIT, post-

judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date

judgment is entered until payment is made in full.

**Dated:** New York, New York

April 16, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**